AO 91 (Rev. 11/11)   Criminal Complaint                                                                                    AUSA TA

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Latasha Marie Collins-Ford<br>122 Parsons Ave, Unit 338<br>Columbus, OH 43215<br><br>*Defendant(s)* | Case No.  2:24-mj-446 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 2021 - August 2023  in the county of  Franklin  in the Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 157(2) | Bankruptcy Fraud |
| 18 U.S.C. § 1621 | Perjury |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

KYLE SPENCE
Digitally signed by KYLE SPENCE
Date: 2024.09.05 16:34:14 -04

*Complainant's signature*

SA Kyle Spence
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: September 6, 2024

Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state:  Columbus, Ohio

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kyle Spence, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state:

1. I am a Special Agent (SA) of Federal Bureau of Investigation (FBI). I am currently assigned to the Cincinnati Field Office, Columbus Resident Agency. I am responsible for conducting complex financial crime investigations. Before my assignment in Cincinnati, I spent four months at the FBI Training Academy in Quantico, VA, where I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Moreover, I am a federal law enforcement officer who is engaged in enforcing federal criminal laws, including 18 U.S.C. § 157 and 1621, and I am authorized by law to request a criminal complaint.

2. I, Special Agent Kyle Spence (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of Title 18 United States §§ 157(2) and 1621– for bankruptcy fraud and perjury. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of subpoenas and execution of search warrants; interview(s); and my experience, training and background as a Special Agent. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Latasha Marie Collins-Ford (FORD) committed the violations listed above.

## FACTS SUPPORTING PROBABLE CAUSE

3. On or about December 8th, 2021, Special Agents received a supplemental bankruptcy criminal referral from the Office of the United States Trustees, Region 9 – Columbus office. In the referral, Latasha Marie Collins-Ford (FORD) was listed as a subject for the identity theft of Robin Hill (Hill).

4. For each leases discussed below, the same payment methods were utilized. FORD paid an initial deposit and/or application fee with her personal debit card before paying the larger deposits with money orders. After a few payments, she would stop paying rent.

5. For each lease discussed, when the landlord gave their intent to evict for lack of payment, bankruptcy was filed. Then, a stay of eviction was issued for each property, allowing FORD to remain in the unit until the bankruptcy proceeding was dismissed. FORD would request motions for continuances to extend the stays on eviction. In addition, FORD never filed schedules or statements as required by the bankruptcy court.

*First Bankruptcy Filing – Arlen Drive – Alias: Robin Hill*

6. On or about March 28, 2019, the identity of Robin Hill (Hill) was used to apply for a lease at the residence of 8442 Arlen Dr, Blacklick, OH, 43004. Starting on April 1, 2019 for a period of approximately two years, Hill failed to properly pay rent at the residence. On September 23, 2021 a notice of eviction was filed by the American Homes 4 Rent Properties Seven LLC.

7. On or about October 15, 2021, a Chapter 13 Bankruptcy was filed in the United States Bankruptcy Court, Southern District of Ohio in the name of Robin Hill, case number 20-50153. In the bankruptcy case of Robin Hill, a copy of the photo ID of non-debtor Latasha Marie Collins-Ford was submitted with the bankruptcy documents. The photo ID of FORD displayed the address 8442 Arlen Dr. Blacklick, OH, 43004, the identical address used by Robin Hill in the bankruptcy documents. Contained in the bankruptcy documents were phone numbers and email addresses including (614) 625-2911 and artford1121@gmail.com. FORD was married to Arthur E. Ford prior to his death in 2023.

8. On or about, January 20, 2022, The United States Bankruptcy Court, Southern District of Ohio, Eastern Division dismissed the petition for bankruptcy for failure to file schedules and plan, and to file acceptable photo ID for Robin Hill.

9. Your affiant reviewed records from Sprint Corporation for phone number (614) 625-2911. The records showed that from November 4, 2014 to March 12, 2020, Latasha Ford was the subscriber for the account. On March 12, 2020 the billing name was changed to Kaylyn Jones. The billing address was changed on July 1, 2022 to 8442 Arlen Drive, Blacklick, Oh, 43004. The account was cancelled on May 21, 2023 using the same network access identifier as when the account was opened, Latashaford4@myboostmobile.sprintpcs.com.

10. For the email artford1121@gmail.com, records received from Google Inc. and reviewed by your affiant, show the name Latasha Collins listed as the customer and billing name. The recovery email listed for the account is Latashaford89@yahoo.com, and the recovery phone number as (614)-625-2911.

11. For the email latashaford89@yahoo.com, records received from Yahoo Inc. on November 9, 2023, and reviewed by SA Spence in March 2024, revealed Latasha Ford as the full name for the account. Also listed as recovery information was the email Missgore55@gmail.com and phone number (614)-625-2911.

12. For the email missgore55@gmail.com, records reviewed by your affiant show the subscriber name of Tera Turpin (see below), and the recovery email artford1121@gmail.com, and recovery phone number (614)-625-2911. Under the customer profile details of the return, Latasha Collins is listed under the billing name.

13. Your affiant, through national database record checks of the Social Security number and date of birth that were listed on bankruptcy documents, determined that Robin Hill does not exist. Records found that the Social Security number and Date of Birth were registered

to a Mark William Lloyd Robinson located in Florida. The license for Robinson was canceled in 2010.

14. On or about March 9, 2022, FORD—posing as Hill— was evicted. Records reviewed by your affiant detail $65,362.13 in unpaid rent.

### *Second Bankruptcy Filing – Saddle Tree Ct. – Alias: Catherine Volin*

15. On or about, February 25, 2022—approximately one month after the completed eviction at Arden Dr.—the identity of Catherine Volin (Volin) was used to rent a residence at 145 Saddle Tree Ct, Delaware, OH 43004, owned by Brick & Vine LLC. Listed on the lease application was the phone number (614)-625-2911. The email Volincathy08@gmail.com was used in the Application screening report and lease agreement. Records received from Google Inc. and reviewed by your Affiant on or about March 2024 show the recovery email for the account to be missgore55@gmail.com, and recovery phone number 614-625-2911.

16. On or about August 27, 2024, upon a review of federal grand jury subpoena records for Latasha Collins-Ford obtained from Chime, $50.00 was debited to Latasha's checking account on February 24, 2022 as a payment to "Rii 1 Sc". On the same day, per Resident Ledger records obtained from Brick and Vine LLC, a payment of $50.00 posted to Catherine Volin's account with the description "Debit Card On-Line payment." Furthermore, $773.95 was debited to Latasha's checking account on 3/01/2022 as a payment to "Rii 1 Sc". On the same day, a payment of $770.00 posted to Catherine Volin's account with the description "Debit Card On-Line Payment".

17. On or about August 3, 2022, Brick and Vine LLC, filed an eviction notice with the Delaware Municipal Court against Catherine Volin at the residence of 145 Saddle Tree Ct. for failure to pay rent for the amount of $5,729.60.

18. On August 23, 2022 a request to stay the eviction pending bankruptcy was filed with Delaware County. The request listed the email address of missgore55@gmail.com.

19. On or about August 31, 2022, a notice of a chapter 13 bankruptcy was filed with the United States Bankruptcy Court, Southern District of Ohio for the identity of Catherine Volin, case number 2:22bk52529. The photo ID of the non-debtor Latasha Marie Collins-Ford was submitted with bankruptcy documents. The bankruptcy petition contained the email address of missgore55@gmail.com.

20. On or about September 7, 2022, The U.S. Trustees requested dismissal for failure to provide required Photo Identification, and failure to file her Chapter 13 plan. On or about October 4, 2022, The United States Bankruptcy Court for the Southern District of Ohio granted the motion to dismiss the bankruptcy case and expunge the record of filing.

21. Pamela Arndt of the United States Trustees Office received several emails from missgore55@gmail.com regarding the Bankruptcy case of Catherine Volin. In Microsoft Outlook, "Latasha Collins" was displayed as the name next to the "from" email address. On October 11, 2022, Pamela Arndt received a voicemail and email from a person purporting to be Catherine Volin. The caller left the phone number 614-625-2911. In the email, an image of document asking for a motion of continuance from Catherine Volin claimed that her mail was being delivered to a neighbor and she was not receiving it in a timely manner.

22. On February 17, 2023, Latasha Collins-Ford filed a personal Chapter 13 Bankruptcy for the United States Bankruptcy Court for the Southern District of Ohio. Listed on her Chapter 13 plan was the address 145 Saddle Tree Ct., Delaware, Ohio, 43015, which she listed as her personal address.

23. On March 9, 2023, Brick and Vine LLC, filed a second eviction notice with the Delaware Municipal Court against Catherine Volin at the residence of 145 Saddle Tree Ct. for failure to pay rent for the amount of $27,580.74. Following the eviction on April 20, 2023 and the inspection of the residence, items were found in the residence. This included a document relating to the personal Chapter 13 Bankruptcy case of Latasha Collins-Ford, case number 2:23-bk-50497, a 2022 Ohio Tax Return document for Latasha M Collins, and written paperwork listing children of Latasha Ford, Princess Ford and Journey Ford.

### *Third Bankruptcy Filing – Aero Dr. – Alias: Tera Turpin*

#### *Bankruptcy*

24. On or about May 11, 2023, the identity of Tera Turpin was used to sign a lease and application for 6436 Aero Drive, Columbus, Ohio, 43235, a property owned by The Conner Group. Listed on application documents and information provided to The Conner Group was the email Missgore55@gmail.com and phone number (614)-625-2911.

25. On or about August 26, 2024, upon review of federal grand jury subpoena records for Latasha Collins-Ford obtained from H&R Block, $508.73 was debited to Latasha's spending account on March 1, 2023 as a payment to "District at Linworth W". On the same day, per Resident Ledger records obtained from The Connor Group, the owners of the District at Linworth apartment complex, a payment of $508.73 posted to Tera Turpin's account with the description "Payment by Credit Card - Fisher."

26. Listed on the application for 6436 Aero Drive, FORD listed one of her daughters Imani Dickerson as the emergency contact. Several packages were also delivered and photographed at the address. The names on the packages stated Latasha Ford and Iman Dickerson.

27. On or about August 1, 2023, the identity of Tera Turpin was used to file for chapter 13 bankruptcy in case 23-52625. Listed on the bankruptcy documents was the email cmvictoria221@gmail.com, and the photo ID of non-debtor Tammy Arlene Vance. Records received from Google Inc. and reviewed by your affiant show that the email belongs to a Princess Ford, the daughter of Latasha Ford.

#### *Perjury*

28. On August 29, 2023, The United States Marshal Service (USMS) provided footage of an African American female resembling FORD who purported herself as Tera Turpin at a hearing for case 23-52625 in the United States Bankruptcy Court for the Southern District of Ohio.

29. The real Tera Turpin is a Caucasian female living in Indiana. Turpin discovered that her identity had been used to submit a bankruptcy filing in Ohio from her credit report. Turpin filed a police report with the Gibson County Sheriffs Department. Turpin contacted the US Bankruptcy Court and provided a declaration to the court proving her identity and provided a copy of her actual driver's license.

30. United States Bankruptcy Court Judge Mina Nami Khorrami provided the audio recording of the bankruptcy proceeding. FORD was placed under oath and stated that her name is Tera Turpin. Your affiant knows that the Tera Turpin associated with the social security number submitted with the bankruptcy filing to be a white female from Indiana. When pressed on cross examination, FORD could not provide an explanation for the identical SSN of Tera Turpin from Indiana.

### Additional Evidence

31. On or around October 17, 2023, Latasha FORD applied for an apartment at the Champions Company. Listed on the application was her email Latashaford89@yahoo.com and phone number (614)-625-2911. As part of the application, she submitted a fraudulent bankruptcy court document to the Champions Company claiming that the bankruptcy in her name had been discharged. Your Affiant knows that proceeding remains ongoing. Listed on the documents was FORD's name, the last four digits of her Social Security Number, her case number 2:23-bk-50497, and the 3436 Aeros Drive address, the address of the stolen identity for Tera Turpin and of her third fraudulent bankruptcy filing.

32. Based upon the above information, your affiant submits that there is probable cause to believe that FORD has committed bankruptcy fraud in violation of 18 U.S.C. § 157(2), and perjury in violation of 18 U.S.C. § 1621. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

KYLE SPENCE
Digitally signed by KYLE SPENCE
Date: 2024.09.05 16:35:02 -04'00'

Kyle Spence
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 6th day of September, 2024.



Elizabeth A. Preston Deavers
United States Magistrate Judge